# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jason Campbell,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       3:12cv232 / 3:09cr39

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/24/2012 Order.

Signed: September 24, 2012

Frank G. Johns, Clerk
United States District Court